SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #081430)
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, 18th Floor
San Francisco, California  94111-3598
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiffs
RS INVESTMENT MANAGEMENT CO. LLC,
RS INVESTMENT TRUST, LEONARD B.
AUERBACH, JOHN W. GLYNN, JR., JAMES
K. PETERSON, JEROME S. CONTRO, AND
STEVEN M. COHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RS INVESTMENT MANAGEMENT CO. LLC, a California limited liability company; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Defendant. | No.  C 05-4082 (CRB)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Honorable Charles R. Breyer<br>Complaint Filed:     October 11, 2005 |

YOU WILL PLEASE TAKE NOTICE that this action is hereby dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:  December 15, 2005           SHARTSIS FRIESE LLP

Dec. 19, 2005                                         By */s/ Robert E. Schaberg*
                                                                    ROBERT E. SCHABERG

Attorneys for Plaintiffs
RS INVESTMENT MANAGEMENT CO. LLC, RS INVESTMENT TRUST, LEONARD B. AUERBACH, JOHN W. GLYNN, JR., JAMES K. PETERSON, JEROME S. CONTRO, AND STEVEN M. COHEN

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California]

NAB\6945\002133

-1-
Case No.                      NOTICE OF DISMISSAL WITHOUT PREJUDICE